O

FILED
CLERK, U.S. DISTRICT COURT

SEP 11 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | SA 09-412M |
| Plaintiff, ) | |
| v. ) | ORDER OF DETENTION AFTER HEARING |
| GENARO GARCIA RAMIREZ, ) | (18 U.S.C. § 3142(i)) |
| Defendant. ) | |

I.

A. ( ) On motion of the Government involving an alleged

   1. ( ) crime of violence;

   2. ( ) offense with maximum sentence of life imprisonment or death;

   3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq.,/955a);

   4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

   1. ( X ) serious risk defendant will flee;

   2. ( ) serious risk defendant will

     a. ( ) obstruct or attempt to obstruct justice;

     b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

II.

The Court finds no condition or combination of conditions will reasonable assure:

A. ( X )  appearance of defendant as required; and/or

B. ( )  safety of any person or the community;

III.

The Court has considered:

A. ( x) the nature and circumstances of the offense;

B. (x) the weight of evidence against the defendant;

C. (x) the history and characteristics of the defendant;

D. ( ) the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because:

B. (x )  History and characteristics indicate a serious risk that defendant will flee because: **Defendant is undocumented. He has no ties to the community and no bail resources.**

C. ( ) A serious risk exists that defendant will:

    1. ( )  obstruct or attempt to obstruct justice;

    2. ( )  threaten, injure or intimidate a witness/ juror; because:

D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142 (e).

///
///
///
///

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

1     IT IS ORDERED that defendant be detained prior to trial.

2     IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections

3 facility separate from persons awaiting or serving sentences or person held pending appeal.

4     IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private

5 consultation with his counsel.

8 Dated: September 11, 2009

                                                  Marc L. Goldman
                                                  U.S. Magistrate Judge